08-2804-cv
Tsimmer v. Quarantillo et al.

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: (SUMMARY ORDER). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of November, two thousand nine.

PRESENT: ROBERT D. SACK,
         BARRINGTON D. PARKER,
         RICHARD C. WESLEY,
                  *Circuit Judges.*

_____

Leo Tsimmer,

         *Plaintiff-Appellant,*

         v.                                      08-2804-cv

Director Andrea Quarantillo, New York District Director of the
United States Citizenship and Immigration Services; Director

Ruth A. Dorochoff, Chicago District of Director of the United States Citizenship and Immigration Services; Officer-in-Charge Kate Leopole, Milwaukee Sub-Office, United States Citizenship and Immigration Services; Secretary Janet Napolitano, of the Department of Homeland Security; Acting Deputy Director Michael Aytes, of the United States Citizenship and Immigration Services; Department of Homeland Security; U.S. Citizenship and Immigration Services; and Acting U.S. Attorney Lev Dassin,[1]

*Defendants-Appellees.*

————————————————————————————————————

APPEARING FOR PLAINTIFF-APPELLANT:    DAVID KWANG SOO KIM, (Matthew L. Guadagno, Kerry W. Bretz, and Jules E. Coven, *on the brief*) Bretz & Coven, LLP, New York, NY

APPEARING FOR DEFENDANTS-APPELLEES:   F. JAMES LOPREST, JR., Special Assistant United States Attorney, and Ross E. Morrison, Assistant United States Attorney (*for* Lev L. Dassin, Acting United States Attorney for the Southern District of New York), New York, NY

---

[1]Pursuant to Federal Rule of Appellate Procedure 43(c)(2), the public officers who have ceased to hold office are removed and the public officers' successors are automatically substituted.

Appeal from the United States District Court for the Southern District of New York (McMahon, *J.*).

UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and hereby is AFFIRMED:

Appellant Leo Tsimmer ("Tsimmer") appeals from a final judgment entered by the United States District Court for the Southern District of New York (McMahon, *J.*) on April 25, 2008, dismissing Tsimmer's complaint for lack of subject matter jurisdiction. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

In our review of a dismissal of a complaint for lack of subject matter jurisdiction, we review the District Court's factual findings for clear error and legal conclusions *de novo*. *Wake v. United States*, 89 F.3d 53, 57 (2d Cir. 1996).

We AFFIRM for the substantive reasons detailed in the District Court's opinion.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:_____

3